**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>               Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 162.199.244.97,<br><br>               Defendant. | Case Number: 2:18-cv-01663-MCE-CKD<br><br>**[~~PROPOSED~~] ORDER ON PLAINTIFF'S *EX PARTE* APPLICATION TO EXTEND THE TIME TO FILE STATUS STATEMENT** |

      THIS CAUSE came before the Court upon Plaintiff's *Ex Parte* Application to Extend the Time to File Status Statement (the "Application"), and the Court being duly advised in the premises does hereby:

      ORDERED and ADJUDGED: Plaintiff's Application is GRANTED. Plaintiff must file its Status Statement by February 3, 2019.

Dated: January 8, 2019

_____

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1